# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Lecinda Zimmerman, § § *Plaintiff*, § § vs. § § New Prime, Inc. d/b/a Prime, Inc., § § *Defendant*. § | **Civil Action No. CIV-19-796-C** Judge Robin J. Cauthron |

## JOURNAL ENTRY OF JUDGMENT

This matter came on for jury trial on September 14, 2021. Both sides were present in open Court and announced ready for trial. Plaintiff was represented by Todd Tracy, Andrew Counts and Scott Gallagher. Defendant was represented by Charles Moody and Ryan Ensley. Jurors were empaneled and examined for cause. A panel of eight jurors were accepted and sworn. Following the completion of voir dire, the case was continued until September 27, 2021.

On September 27, 2021, the parties, represented by their above-mentioned counsel, announced ready for trial. All eight jurors previously empaneled returned and remained present throughout the pendency of trial. Plaintiff presented evidence, including nine witnesses, and then rested. Defendant's motion for directed verdict was denied. Defendant rested without calling any witnesses.

The jury was instructed as to the law and closing arguments were made on September 29, 2021. The jury retired for deliberation in custody of the Bailiff. After deliberation, the jury returned a verdict as follows: "We, the jury, empaneled and sworn in

1

the above entitled cause, do, upon our oaths, find the issues in favor of the Defendant."
Said verdict form was signed by the foreperson. The Jury was then discharged.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment should be entered in favor of Defendant.

**DATED** this 6th day of October 2021.

ROBIN J. CAUTHRON
United States District Judge

2

Agreed as to form:

**The TRACY Firm**

/s/ E. Todd Tracy
E. Todd Tracy (Lead Counsel)
State Bar No. 20178650
TTracy@vehiclesafetyfirm.com
Andrew G. Counts
State Bar No. 24036408
ACounts@vehiclesafetyfirm.com
4701 Bengal Street
Dallas, TX 75235
(214) 324-9000
(214) 387-2205 Fax
*Attorneys for Plaintiff*

/s/ Ryan D. Ensley
Charles H. Moody, OBA 17237
Ryan D. Ensley, OBA 31050
**RODOLF & TODD**
15 E. 5th Street, 6th Floor
Tulsa, OK 74103
918-295-2100
918-295-7800 facsimile
Chad@rodolftodd.com
Ryan@rodolftodd.com
*Attorneys for New Prime, Inc., d/b/a Prime, Inc.*